UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CORNWALL MANAGEMENT LTD
    Plaintiff,

-against-

THOR UNITED CORP.
    Defendant.

---

Index No. 12-CV-08237-LTS
<u>NOTICE OF MOTION FOR SUMMARY JUDGMENT IN LIEU OF COMPLAINT</u>

Named of Assigned Judge
Laura T. Swain

Oral Argument is requested
_____ (check if applicable)

  **PLEASE TAKE NOTICE** that upon the annexed affidavit of Cherish A. Thompson, Esq., sworn to on November ___, 2012, and upon the exhibits attached thereto, the accompanying Memorandum of Law in support of this Motion For Summary Judgment in Lieu of Complaint, and the pleadings herein, Plaintiff will move this Court, before _____, United States District Judge, at the United States District Court for the Southern District of New York, 500 Pearl Street, New York, New York 10007, on the ___ day of _____, 2012, at __:__ A.M./P.M., or as soon thereafter as this case can be heard, for an Order pursuant to N.Y. C.P.L.R. § 3213 and N.Y. C.P.L.R. § 5303, (i) granting Plaintiff's motion for summary judgment in lieu of complaint in favor of Plaintiff and against Defendant in the amount of $1,901,626.50, plus 200,000 rubles, together with interest from August 15, 2012 (ii) awarding all attorneys' fees and costs of this action, and (iii) providing for such other and further relief as to this court may deem just and proper. An order by this Court would enforce the judgment rendered against Defendant by the Moscow Arbitral Court, 17 Bolshaya Tulskaya St.,

1

CHERISH A. THOMPSON AND ASSOCIATES, P.A.

115191 in the Country of Russia, under the case number A40-373/12. This action is based upon a foreign country judgment for a sum of money and there is no defense to this action.

The above-entitled action is for Summary Judgment in Lieu of Complaint to enforce a foreign country money judgment. This action is not on a trial calendar.

Pursuant to N.Y. C.P.L.R. § 3213 and § 2214(b), answering affidavits, if any, are required to be served upon the undersigned at least 20 days before the return date of this motion.

I, Cherish A. Thompson, declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York

November 13, 2012

Respectfully submitted,

Cherish A. Thompson and Associates, P.A.
*Attorneys for Plaintiff*
Brickell Bay Office Tower
1001 Brickell Bay Drive, Suite 2014
Miami, Florida 33131
Telephone: 305.639.8600
Facsimile: 305.402.2828
eService@cherishthompson.com
Cherish@cherishthompson.com
Jonathan@cherishthompson.com

By: _____
Cherish A. Thompson, Esq.
Jonathan R. Woodard, Esq.