USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: APR 2 4 2013

THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

CORNWALL MANAGEMENT LTD,

        Plaintiff,

  - against-

THOR UNITED CORP.

        Defendant.

_____/

Index No. 12-CV-08237 (LTS) (KNF)

**DEFAULT JUDGMENT**

Named of Assigned Judge
HONORABLE LAURA T. SWAIN

This action commenced on November 13, 2012 with the filing of a summons and notice of motion for summary judgment in lieu of complaint ("Complaint"). A copy of the original summons and Complaint was served on Defendant, Thor United Corp., by serving the New York Secretary of State on December 3, 2012. Proof of such service thereof was filed on December 17, 2012, and on January 7, 2013. Pursuant to court order entered on January 16, 2013, an amended complaint was required to be filed and served. On January 19, 2013 the amended complaint was served on Defendant, Thor United Corp., and the certificate of service along with the affidavit of second mailing was filed with the Court. Accordingly, a response was due on or before February 14, 2013. The defendant, not having answered the amended complaint, and the time for answering the amended complaint having expired, and the clerk of court having issued a certificate of default, it is

ORDERED, ADJUGED, AND DECREED: That the plaintiff have judgment against defendant in the liquidated amount of $1,901,626.50, and 200,000 rubles (converted to

1

$6,501.37) with interest at 9% from August 15, 2012, amounting to $~~$2,003,791.63~~ $2,026,289.21 /tw/, plus costs, disbursements, and attorney's fees in this action.

Dated: New York, New York

~~March~~ April 24 2013

HONORABLE LAURA T. SWAIN
U.S. DISTRICT COURT JUDGE

This document was entered on the docket on

_____