```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 1 5 2013
```

Swain, J.

THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

INDEX NO: 12-CV-08237 (LTS)

CORNWALL MANAGEMENT LTD.,
          Plaintiff

**JUDGMENT FOR DISCRETIONARY ALLOWANCE**

-against-

THOR UNITED CORP.
          Defendant.

Named of Assigned Judge:
Honorable Laura Taylor Swain

      On April 24, 2013, this Court entered judgment against Defendant, Thor United Corp., and in favor of Plaintiff, Cornwall Management Ltd., in the liquidated amount of $2,026,289.21, with interest at 9% *per annum*.

      On April 29, 2013, Plaintiff filed a Motion for Discretionary Allowance pursuant to New York Civil Practice Law and Rules Section 8303(b), Federal Rule of Civil Procedure 54(d), and Local Rule 54.1, requesting a discretionary award of no more than five percent of the April 24, 2013 judgment. On July 31, 2013, this Court entered an order granting Plaintiff's motion for a discretionary award in the amount of $9,950.00. (Docket No. 47). It is therefore

      ORDERED, ADJUGED, AND DECREED: In addition to the Judgment entered on April 24, 2013, Plaintiff is granted a discretionary allowance in the amount of $9,950.00 as of July 31, 2013, with interest accruing thereafter at the post-judgment interest rate ~~of 9% per annum~~ 28 U.S.C. §1961.

Dated: New York, New York
       August 15, 2013

HONORABLE LAURA TAYLOR SWAIN
United States District Judge